UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Dawnna M. Dukes, | § | |
| v. | § | Case No. 1:22-cv-413 |
| NewRez LLC dba Shellpoint Mortgage | § | |
| Servicing, et al. | § | |

## APPEARANCE NOTICE FOR DEFENDANT SHELLPOINT

PLEASE TAKE NOTICE **Martin Dungan** appears as counsel for defendant NewRez LLC dba Shellpoint Mortgage Servicing. All papers and pleadings should be served on undersigned counsel.

Dated: January 24, 2023                                  Respectfully submitted,

 /s/ R. Martin Dungan
R. Martin Dungan, SBN: 24099021
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
martin.dungan@akerman.com

**ATTORNEYS FOR DEFENDANT SHELLPOINT**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of this document was served on January 24, 2023 as follows:

**VIA ECF**
Stephen A. Mitchell
4408 Spicewood Springs Road
Austin, Texas  78759
smitchell@stevemitcehll-law.com
*Plaintiff's Counsel*

                                      */s/ R. Martin Dungan*
                                      R. Martin Dungan